UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>KIRWAN OFFICES S.à R.L.,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-22321 (RDD) |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Stephen P. Lynch, a party in interest (equity security holder), appeals under 28 U.S.C. §158(a) from the judgment, order, or decree of the bankruptcy judge entitled *Findings of Fact, Conclusions of Law and Order Approving and Confirming the Combined First Amended Plan of Reorganization and Disclosure Statement of Kirwan Offices S.à r.l.*, entered on March 21, 2017, ECF No. 131.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Appellant** | **Pro se** |
|---|---|
| Stephen P. Lynch | Ul. Letnikovskaya #2, Str 3,<br>P.O. Box #9, Moscow, 115114, Russia<br>0079295911002 |
| **Appellees** | **Attorney** |
| Mascini Holdings Limited | Jay M. Goffman<br>Mark A. McDermott<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 |
| Lapidem Limited | Jay M. Goffman<br>Mark A. McDermott<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |

|  |  |
|---|---|
|  | Four Times Square<br>New York, NY 10036<br>(212) 735-3000 |
| **Other Interested Party** | **(Pro Se)** |
| Kirwan Offices S.à r.l. | 11/13 Boulevard de la Foire<br>L-1528<br>Luxembourg |

Dated: April 27, 2017

*[signature]*
Stephen Lynch
pro se
Ul. Letnikovskaya #2, Str 3,
P.O. Box #9, Moscow, 115114, Russia
0079295911002