| | | | | |
|---|---|---|---|---|
| 13:24 | 5:4,13;7:22;8:6, | 22:3 | 11:11 | resident (2) |
| only (7) | 13;9:17;19:10 | promptly (1) | real (1) | 6:7,17 |
| 5:8,9,17;11:10; | phone (2) | 20:19 | 9:15 | respect (1) |
| 14:17;19:4,15 | 5:7;6:21 | properly (1) | really (4) | 20:5 |
| opinion (2) | plain (1) | 7:6 | 10:11,12,25;19:1 | restated (1) |
| 16:16;18:15 | 17:5 | Properties (3) | reason (3) | 21:6 |
| opinions (1) | plan (43) | 16:5,9;17:10 | 11:7;12:15;19:1 | results (1) |
| 16:8 | 8:10,15;9:1,3,25; | property (1) | reasons (1) | 11:2 |
| order (8) | 10:1,3,3,4,6,8,12,22; | 16:24 | 6:22 | review (1) |
| 7:11;8:12;19:17, | 11:25;12:5,20,22,24, | proponents (7) | recast (1) | 19:13 |
| 17,19;20:1,12;21:4 | 25;13:10,14;14:3; | 10:4;12:5,25; | 13:14 | right (7) |
| orders (4) | 15:17,18,23,24; | 15:18;16:21;19:5,11 | received (1) | 5:2;7:7;8:21;9:12, |
| 5:16;6:3;7:2,10 | 16:21,23,25,25;17:3, | proposed (3) | 7:4 | 19;14:22;21:24 |
| original (1) | 4,8,18;18:18,20; | 5:16;7:11;15:16 | receiving (1) | rights (1) |
| 20:20 | 19:5,9,12,13,21,23; | proposition (4) | 16:24 | 8:14 |
| otherwise (1) | 21:6 | 17:17,22;18:10,14 | recognized (1) | route (1) |
| 9:1 | plan's (1) | provides (1) | 18:17 | 12:14 |
| out (9) | 20:20 | 8:10 | recognizes (2) | ruling (3) |
| 9:2,9;11:5,15; | point (6) | providing (1) | 17:18,21 | 9:18;14:1;15:10 |
| 13:17,21;15:10; | 5:25;10:14;12:18; | 20:5 | record (5) | Russia (3) |
| 21:16,17 | 18:2;19:18;21:11 | provision (1) | 12:7;15:17;16:8, | 4:13;6:7,17 |
| over (1) | points (3) | 11:23 | 10;19:20 | Russia's (1) |
| 17:23 | 10:18;13:15,18 | provisions (1) | recovery (1) | 6:8 |
| own (2) | position (1) | 12:23 | 11:2 | |
| 11:8,10 | 6:8 | public (1) | Recreational (2) | **S** |
| owned (1) | possibility (2) | 19:18 | 18:14,25 | |
| 11:10 | 10:24;11:5 | published (1) | redlines (1) | sale (2) |
| owner (1) | possible (3) | 16:7 | 7:2 | 20:7,7 |
| 12:5 | 6:19;7:2;21:13 | purported (1) | referring (1) | same (2) |
| | posture (1) | 7:5 | 7:8 | 6:12;19:8 |
| **P** | 8:3 | purpose (1) | refers (1) | SAMUEL (1) |
| | potential (1) | 17:6 | 17:6 | 4:8 |
| papers (1) | 17:18 | purposely (1) | reject (1) | SANDAKOV (1) |
| 9:3 | precedent (1) | 10:20 | 16:25 | 4:15 |
| paragraph (3) | 6:4 | put (6) | rejected (1) | Sarl (1) |
| 16:4;17:20,21 | prefer (1) | 10:19;11:7;12:16; | 9:23 | 5:2 |
| part (7) | 15:1 | 13:20;14:21;21:4 | relating (2) | saw (2) |
| 6:13;8:12;10:20; | prejudge (1) | | 7:19;8:1 | 5:15,15 |
| 13:22;17:5;19:17; | 10:25 | **Q** | relatively (2) | saying (1) |
| 20:12 | prejudice (1) | | 15:12,13 | 10:2 |
| particular (3) | 8:25 | quickly (1) | release (1) | schedule (1) |
| 6:15;13:19;19:4 | preliminary (1) | 13:17 | 12:23 | 11:22 |
| particularly (2) | 19:13 | quite (1) | remind (1) | scheduled (1) |
| 5:18;19:3 | prepare (1) | 13:11 | 8:17 | 15:10 |
| parties (3) | 14:24 | | reorganization (1) | SD (1) |
| 11:2;15:15;18:7 | pre-petition (1) | **R** | 18:20 | 17:11 |
| party (1) | 11:4 | | request (1) | SDNY (2) |
| 19:4 | pressure (1) | Rail (1) | 16:20 | 16:13;18:12 |
| party-in- (1) | 15:9 | 18:12 | requested (1) | Se (1) |
| 12:3 | previously (1) | raised (1) | 21:12 | 4:19 |
| passing (1) | 18:25 | 12:21 | requesting (1) | Section (2) |
| 19:14 | Pro (1) | raising (1) | 5:22 | 17:1,6 |
| pay (2) | 4:19 | 10:18 | require (1) | seeking (2) |
| 9:4;13:1 | probably (1) | rare (3) | 18:20 | 8:13;12:15 |
| payment (1) | 14:13 | 11:24;12:19;15:21 | required (3) | seeks (1) |
| 8:10 | procedural (1) | rationale (2) | 16:22;18:9,17 | 9:18 |
| people (1) | 8:3 | 12:23;13:4 | requirement (4) | send (2) |
| 5:7 | procedures (5) | re (15) | 11:15,20;12:4; | 6:5;20:14 |
| percent (1) | 5:14;7:9,20,25; | 5:2;16:4,6,12; | 17:7 | sent (2) |
| 10:21 | 20:4 | 17:10,12,14,15,16, | requiring (1) | 6:25;21:3 |
| permitted (1) | proceeding (1) | 24;18:10,11,12,14, | 20:4 | separate (2) |
| 16:10 | 6:18 | 22 | reserve (1) | 12:22;18:21 |
| petitioning (7) | proceedings (1) | read (1) | 8:14 | separated (1) |

7:1
**September (2)**
　17:12,15
**serve (4)**
　12:20;13:21;
　18:19;21:5
**served (2)**
　21:2,10
**service (4)**
　5:18;6:6,7,9
**set (5)**
　5:14;6:24;7:3;
　10:10;19:20
**share (1)**
　11:10
**shareholders (1)**
　11:3
**shareholders' (1)**
　11:4
**shares (2)**
　11:6,8
**shorten (1)**
　15:9
**side (1)**
　21:21
**simple (2)**
　15:12,14
**simply (1)**
　18:8
**situation (1)**
　11:16
**situations (1)**
　15:21
**Skadden (3)**
　5:4;7:25;8:2
**slip (1)**
　20:15
**small (4)**
　11:25;15:22;16:2,
　18
**smaller (1)**
　20:3
**sole (1)**
　15:11
**solicit (1)**
　16:23
**solicitation (1)**
　9:21
**solicited (1)**
　17:9
**soliciting (2)**
　16:22;17:8
**solution (1)**
　11:1
**somebody (1)**
　12:17
**someone (2)**
　13:10;17:23
**somewhat (1)**
　11:18
**sophisticated (2)**
　13:11;15:14
**South (1)**

4:4
**Southern (1)**
　6:4
**speak (1)**
　5:10
**specific (2)**
　8:5;16:2
**specifics (2)**
　7:19;8:11
**spoken (1)**
　8:22
**Stanley (1)**
　17:16
**state (2)**
　5:8;17:17
**statement (34)**
　9:18,21,22;10:13,
　17;11:16,20,22;12:4,
　17,20;13:8,15;14:4;
　15:23;16:21;17:4,7,
　10,20,24;18:4,8,16,
　18,19,21;19:2,3,9,14,
　21,22;21:6
**statement's (1)**
　19:7
**stating (1)**
　8:2
**statute (1)**
　10:13
**Stephen (2)**
　4:12,18
**steps (1)**
　7:6
**strikes (1)**
　10:24
**structure (2)**
　15:13,14
**Subject (1)**
　9:9
**submitted (1)**
　20:12
**substance (1)**
　6:6
**suffices (1)**
　6:8
**suggested (1)**
　19:10
**suggesting (1)**
　13:7
**sum (1)**
　6:6
**support (1)**
　11:9
**sure (5)**
　6:18;7:6;10:21;
　12:16;13:9

**T**

**talk (3)**
　9:16;12:14;13:18
**talking (2)**
　11:2,18

**technically (2)**
　10:8;18:16
**tendered (1)**
　6:14
**terminate (1)**
　11:6
**terminated (1)**
　8:18
**termination (1)**
　5:24
**thanks (1)**
　22:1
**therefore (3)**
　10:4;16:25;20:25
**therein (2)**
　16:5,6
**though (1)**
　17:3
**thought (1)**
　10:19
**three (4)**
　10:15;13:11;
　19:10;20:20
**till (1)**
　20:15
**times (1)**
　20:20
**timing (3)**
　12:2;14:2,12
**Tobacco (1)**
　17:12
**today (4)**
　8:24;19:20;20:13;
　21:18
**told (2)**
　8:24;14:9
**tomorrow (2)**
　20:15;21:18
**transaction (1)**
　20:7
**Transload (1)**
　18:10
**Transport (1)**
　18:11
**treating (1)**
　9:15
**treatise (1)**
　15:25
**true (2)**
　11:14,14
**Trustee (1)**
　9:13
**Trustee's (2)**
　5:11;7:16
**twenty-eight (1)**
　20:25
**two (12)**
　6:3,20;10:15;
　11:17;12:5,9;13:5,6;
　16:14;19:4,10;20:20
**type (2)**
　19:2,15

**U**

**unanimous (1)**
　18:2
**under (9)**
　6:8;9:24;15:9,17,
　24;16:25,25;18:2;
　19:15
**understood (1)**
　9:8
**undisputed (1)**
　9:6
**unimpaired (5)**
　9:23;10:5;15:16;
　16:24;17:23
**Union (1)**
　17:12
**unnecessary (1)**
　18:8
**unopposed (2)**
　7:8;9:14
**unsecured (4)**
　8:10,12;9:2;13:1
**up (11)**
　6:24;7:3;10:10;
　11:1;12:21,25;13:4,
　15;19:10;20:16;21:7
**updates (2)**
　20:5,8
**upon (1)**
　5:23
**USC (1)**
　15:24
**uses (1)**
　6:15
**using (2)**
　6:12;15:13

**V**

**vacuum (1)**
　11:18
**via (2)**
　6:7;20:6
**view (1)**
　13:22
**views (2)**
　11:17,19
**vote (6)**
　10:16;11:12;17:3;
　18:3,5,7
**votes (3)**
　16:23;17:8,8
**voting (5)**
　10:8,14;11:12;
　17:19;19:4

**W**

**wants (1)**
　12:13
**warranted (1)**

16:19
**waterfall (1)**
　11:3
**way (7)**
　10:10;11:5,7,11,
　12;14:17;15:2
**WDOkl (1)**
　18:23
**wearing (1)**
　15:18
**Wednesday (2)**
　21:6,16
**week (1)**
　5:24
**weeks (1)**
　6:15
**Whereupon (1)**
　22:3
**White (1)**
　5:23
**Wholesale (1)**
　17:12
**withdraw (1)**
　5:23
**withdrawal (2)**
　6:1,11
**without (1)**
　6:17
**word (2)**
　14:20;15:13
**work (1)**
　11:5
**workings (1)**
　13:10
**worth (1)**
　19:18

**Y**

**Yard (2)**
　16:12;17:15
**years (1)**
　6:13
**Yukos (1)**
　4:3

**Z**

**Zipes (8)**
　5:11,11;7:15,15,
　18;8;22;12:20;13:19

**1**

**10 (1)**
　18:15
**10:46 (1)**
　22:3
**104 (1)**
　17:25
**105d (1)**
　11:21
**105d2Bvi (1)**

| | |
|---|---|
| 15:24 | 16:13;17:15 |
| **11 (1)** | **24565 (1)** |
| 15:24 | 17:14 |
| **1125 (2)** | **24th (1)** |
| 9:20;16:3 | 21:12 |
| **1125.02 (1)** | |
| 17:20 | **3** |
| **1125.031 (1)** | |
| 18:22 | **33 (1)** |
| **1125.032c (1)** | 18:13 |
| 16:4 | **333 (1)** |
| **1125a (1)** | 4:4 |
| 17:6 | **355 (1)** |
| **1125e (1)** | 18:12 |
| 19:15 | **3658 (1)** |
| **1126 (1)** | 17:11 |
| 17:1 | **379 (1)** |
| **1126/1124 (1)** | 18:11 |
| 9:24 | |
| **122 (1)** | **4** |
| 16:13 | |
| **124 (1)** | **4 (7)** |
| 17:15 | 10:1,4,5,5,8;18:13, |
| **13 (1)** | 22 |
| 17:16 | **442 (1)** |
| **15th (1)** | 17:13 |
| 20:21 | |
| **168 (1)** | **5** |
| 18:22 | |
| **175 (1)** | **5 (2)** |
| 18:22 | 16:15;17:16 |
| **17th (2)** | **53 (1)** |
| 14:13;15:3 | 18:12 |
| **18 (1)** | |
| 17:25 | **6** |
| **1980 (2)** | |
| 18:15,23 | **61 (1)** |
| **1981 (2)** | 18:11 |
| 17:13,17 | **6th (1)** |
| **1982 (1)** | 17:14 |
| 17:25 | |
| **1983 (1)** | **7** |
| 18:13 | |
| **1985 (1)** | **7 (3)** |
| 18:12 | 16:3;17:20;18:21 |
| **1986 (1)** | |
| 18:11 | **8** |
| **1994 (2)** | |
| 17:14,15 | **8 (3)** |
| **1997 (1)** | 17:13,15;18:15 |
| 16:13 | |
| | **9** |
| **2** | |
| | **9 (1)** |
| **2,500,000 (1)** | 17:12 |
| 11:9 | **90071 (1)** |
| **2,500,001 (1)** | 4:5 |
| 11:8 | **926 (1)** |
| **2011 (2)** | 17:16 |
| 17:11,12 | **929 (1)** |
| **20th (4)** | 17:16 |
| 14:5,9;21:14,24 | |
| **214 (2)** | |